Lawrence Brewster
Regional Solicitor
Daniel J. Chasek
Associate Regional Solicitor
**Boris Orlov, Attorney** (CSBN #223532)
Office of the Solicitor (Sol#1119411)
United States Department of Labor
350 So. Figueroa St., Suite 370
Los Angeles, California 90071-1202
Telephone: (213) 894-5410
Facsimile: (213) 894-2064
orlov.boris@dol.gov

Attorneys for the Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HILDA L. SOLIS**, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> **TERRA UNIVERSAL, INC.** a California Corporation and **GEORGE SADAGHIANI a.k.a. GHOLAM SADAGHIANI,** Individually and as Managing Agent of the Corporate Defendant <br><br> Defendants. | Case No. SACV11-0633 CJC(AJWx) <br><br><br> **CONSENT JUDGMENT** |

Plaintiff Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Secretary") and Defendants TERRA UNIVERSAL, INC., a California corporation, and GEORGE SADAGHIANI, individually and as managing agent of the corporate defendants (collectively, "Defendants"), have agreed to resolve the matters in controversy in this civil action and consent to the entry of this Consent Judgment in accordance herewith:

A. The Secretary has filed a Complaint alleging that Defendants violated provisions of Sections 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. §§ 215(a)(2) and 215(a)(5).

B. Defendants have appeared and having retained defense counsel acknowledge receipt of a copy of the Secretary's Complaint.

C. Defendants waive issuance and service of process and waive answer and any defenses to the Secretary's Complaint.

D. The Secretary and Defendants waive Findings of Fact and Conclusions of Law, and agree to the entry of this Consent Judgment in settlement of this action, without further contest.

E. Defendants acknowledge that pursuant to FLSA § 7(e), 29 U.S.C. § 207 and 29 C.F.R. §778.208 certain bonus payments must be totaled in with other earnings to determine the regular rate on which overtime pay must be based.

F. Defendants agree that all work performed by a single employee during a pay period will be recorded on one time sheet and not split up on multiple timesheets regardless of the number of duties or tasks performed by that employee.

G. Defendants admit that the Court has jurisdiction over the parties and subject matter of this civil action and that venue lies in the Central District of California.

It is therefore, upon motion of the attorneys for the Secretary, and for cause shown,

ORDERED, ADJUDGED, AND DECREED that the Defendants, their officers, agents, servants, and employees and those persons in active concert or participation with them who receive actual notice of this order (by personal service or otherwise) be, and they hereby are, permanently enjoined and restrained from violating the provisions of Sections 15(a)(2) and 15(a)(5) of the FLSA, 29 U.S.C. §§215(a)(2) and 215(a)(5), in any of the following manners:

1. Defendants shall not, contrary to FLSA § 7, 29 U.S.C. § 207, employ any employee who in any workweek is engaged in commerce, within the meaning of the FLSA,

or is employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of FLSA § 3(s), for any workweek longer than 40 hours unless such employee receives compensation for his or her employment in excess of 40 hours in such workweek at a rate not less than one and one-half times the regular rate at which he or she is employed.

2. Defendants shall not fail to make, keep, make available to authorized agents of the Secretary for inspection, transcription, and/or copying, upon their demand for such access, and preserve records of employees and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by regulations issued, and from time to time amended, pursuant to FLSA §§ 11(c) and 15(a)(5), 29 U.S.C. §§ 211(c) and 215(a)(5) and the implementing regulations found in Title 29, Code of Federal Regulations, Part 516.

3. Defendants, jointly and severally, shall not continue to withhold the payment of $373,738.50 in overtime pay hereby found to be due under the FLSA to 224 employees, as a result of their employment by Defendants during the period of August 5, 2007 through August 4, 2010 as set forth in the attached Exhibit 1, showing the name of each employee and listing on the same line the gross backwage amount due the employee and the period covered by the Consent Judgment.

4. The Defendants, jointly and severally, shall not continue to withhold payment of $98,560.00 in unpaid civil money penalties assessed against the Defendants and finally determined, pursuant to authority granted in FLSA § 16(e), for violations of the overtime pay provisions of the FLSA during the aforementioned backwage accrual period.

5. To accomplish the requirements of Paragraphs 3 and 4, Defendants shall deliver to the Wage and Hour Division, United States Department of Labor, 770 The City Drive South, Suite 5710, Orange CA 92868, the following:

    a. On or before May 16, 2011, a schedule in duplicate bearing the firm name, employer identification number(s), address, and phone number of the De-

fendants and showing the name, last known (home) address, social security number, and gross backwage amount for each person listed in the attached Exhibit 1;

    b. On or before June 8, 2011 a certified or cashier's check or money order in the amount of $373,738.50 with the firm name and "BWs" written thereon, payable to the order of the "Wage & Hour Div., Labor," in payment of the overtime backwages.

    c. In the event of a default in the timely making of any of the payments specified herein, the full amount under the backwage provisions of this Judgment which then remains unpaid, plus interest at the rate of ten percent (10%) per year, from the date of this Judgment until the full amount of this Judgment is paid in full, shall become due and payable upon the Secretary's sending by ordinary mail a written demand to the last business address of the Defendants then known to the Secretary;

    d. On or before September 30, 2011, a certified or cashier's check or money order with the firm name and "OT/CMP" written thereon payable to the order of "Wage & Hour Div., Labor," in the amount of $98,560.00 in payment of the civil money penalty assessed against the defendants for overtime pay violations plus interest.

6.    The Secretary shall allocate and distribute the funds described in paragraph 3 less deductions for employees' share of social security and withholding taxes to the persons named in the attached Exhibit 1, or to their estates if that be necessary, in her sole discretion, and any money not so paid within a period of three years from the date of its receipt, because of an inability to locate the proper persons or because of their refusal to accept it, shall be then deposited in the Treasury of the United States, as miscellaneous receipts, pursuant to 29 U.S.C. § 216(c).

7.    The Secretary shall be responsible for deducting from the amounts paid to employees named in Exhibit 1 the employees' share of F.I.C.A. and federal income taxes, and for remitting said deductions to the appropriate federal agencies.

8. Defendants shall remit any amounts required by law for the employer's share of F.I.C.A. and any other taxes associated with the backwages due under paragraph 3 to the appropriate state and federal agencies.

ORDERED that the filing, pursuit, and/or resolution of this proceeding with the entry of this Judgment shall not act as or be asserted as a bar to any action under FLSA § 16(b), 29 U.S.C. § 216(b), as to any employee not named on the attached Exhibit 1 nor as to any employee named on the attached Exhibit 1 for any period not specified therein; and, it is further

ORDERED that each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding, including but not limited to attorneys' fees, which may be available under the Equal Access to Justice Act, as amended; and, it is further

ORDERED that this Court shall retain jurisdiction of this action for purposes of enforcing compliance with the terms of this Consent Judgment.

Dated: May 5, 2011  _____

U.S. DISTRICT COURT JUDGE

For the Defendants:

Each defendant hereby appears, waives any defense herein, consents to the entry of this Judgment, and waives notice by the Clerk of Court:

_____  4/8/2011
George Sadaghiani                Date

For: Terra Universal, Inc.

By: _____  4/8/2011
    George Sadaghiani, Authorized Agent   Date

Its: ___President_____

Reviewed as to Form Only:
Law Office of Robert D. Coviello

_____  4/8/2011
Robert D. Coviello, Attorney     Date
For Defendants

For the plaintiff:

M. PATRICIA SMITH,
Solicitor of Labor

```
1  LAWRENCE BREWSTER
   Regional Solicitor
2
3  DANIEL J. CHASEK
   Associate Regional Solicitor
4
5
6  _____          4-18-11
   BORIS ORLOV, Attorney          _____
7  Attorneys for the Plaintiff      Date
8  U.S. Department of Labor
```

## Exhibit 1

| First Name | Last Name | Period Covered | | Amount Due |
|---|---|---|---|---|
| JOSE | ACEVEDO | 1/18/2009 | 9/27/2009 | $ 1,243.46 |
| RICARDO | ACEVEDO | 1/8/2009 | 8/1/2010 | $ 3,653.08 |
| RAMON | ACEVES | 9/16/2007 | 4/13/2008 | $ 570.49 |
| KEVIN | ADAMS | 8/5/2007 | 9/2/2007 | $ 76.64 |
| ALBARCA | AGUILAR | 8/5/2007 | 12/23/2007 | $ 212.41 |
| LUIS | AGUILAR | 1/22/2009 | 5/9/2010 | $ 4,667.02 |
| SALGADO FELIPE | AGUILAR | 8/5/2007 | 6/24/2010 | $ 3,197.19 |
| HUGO | ALCANTAR | 9/16/2007 | 5/27/2010 | $ 5,591.44 |
| JOSE | ALVAREZ | 8/5/2007 | 6/20/2010 | $ 523.58 |
| RODRIGO | ALVAREZ | 10/26/2008 | 12/21/2008 | $ 152.09 |
| KYLE | ANDERSON | 6/22/2008 | 8/3/2008 | $ 71.95 |
| OSFEL | ANDRADE | 8/5/2007 | 10/25/2009 | $ 2,851.58 |
| JOSE | ANTUNA | 8/5/2007 | 8/1/2010 | $ 2,090.52 |
| MANUEL | ARENAS | 9/28/2008 | 4/11/2010 | $ 662.17 |
| JOEL | ARMAS | 4/27/2008 | 12/21/2008 | $ 686.92 |
| JESUS | AVILA | 8/5/2007 | 4/25/2010 | $17,146.41 |
| LUIS | AVILA | 8/5/2007 | 6/20/2010 | $ 5,156.26 |
| HENRY JR. | AVILES | 4/13/2008 | 12/21/2008 | $ 74.13 |
| CARLOS | BADILLO | 4/11/2010 | 8/1/2010 | $ 37.80 |
| BARBARA | BARGER | 8/19/2007 | 5/24/2009 | $ 731.46 |
| BOGART | BASTIDA | 12/27/2007 | 4/27/2008 | $ 209.43 |
| TIM | BECKMAN | 1/20/2008 | 8/3/2008 | $ 323.79 |
| BEHRAD | BEHNIA | 8/5/2007 | 12/7/2008 | $ 1,100.60 |
| ULISES | BENITEZ | 2/3/2008 | 4/26/2009 | $ 273.96 |
| JESUS | BLAS | 8/5/2007 | 5/23/2010 | $ 2,379.03 |

|    | First Name | Last Name | Date 1 | Date 2 | Amount |
|----|------------|-----------|--------|--------|--------|
| 1  | LAVELL | BROWN | 2/3/2008 | 8/6/2009 | $ 846.45 |
| 2  | NICOLE | BUI | 5/11/2008 | 7/19/2009 | $ 479.04 |
| 3  | GALINDO | CALDERON | 12/7/2008 | 1/22/2009 | $ 288.80 |
| 4  | MARK | CALDERON | 1/1/2009 | 8/4/2010 | $ 23.40 |
| 5  | ARTURO | CAMACHO | 8/5/2007 | 6/20/2010 | $ 5,444.07 |
| 6  | MARIO | CAMARENA | 11/8/2009 | 6/20/2010 | $ 43.33 |
| 7  | JOSE | CAMARILLO | 9/30/2007 | 10/28/2007 | $ 86.99 |
| 8  | JAMES | CARRETE | 6/22/2008 | 3/15/2009 | $ 78.84 |
| 9  | JAH | CASTANEDA | 8/19/2007 | 10/28/2007 | $ 46.28 |
| 10 | ANDRES | CATALAN | 8/19/2007 | 12/24/2009 | $ 1,805.27 |
| 11 | JUAN CARLOS | CEDILLO | 6/22/2008 | 7/5/2009 | $ 447.00 |
| 12 | RICARDO | CEJA | 8/5/2007 | 6/6/2010 | $ 851.58 |
| 13 | CESAR | CERNA | 4/13/2008 | 12/21/2008 | $ 520.93 |
| 14 | RAYMUNDO | CERVANTES | 9/2/2007 | 9/14/2008 | $ 7,423.08 |
| 15 | SAMUEL | CERVANTES | 8/5/2007 | 5/23/2010 | $ 2,685.78 |
| 16 | JULISSA | CHAVEZ | 6/22/2008 | 8/3/2008 | $ 52.62 |
| 17 | MANUEL | CHAVEZ | 7/6/2008 | 8/17/2008 | $ 194.31 |
| 18 | OSCAR | CHAVEZ | 3/14/2010 | 6/20/2010 | $ 33.00 |
| 19 | NOE | CHOPIN | 2/28/2010 | 5/9/2010 | $ 102.96 |
| 20 | DUSTIN | CHRISTENSEN | 11/9/2008 | 5/24/2009 | $ 1,531.62 |
| 21 | NICOLE | CLINKENBEARD | 2/3/2008 | 6/25/2009 | $ 57.73 |
| 22 | JOSE LUIS | CONRIQUE | 4/13/2008 | 5/11/2008 | $ 237.05 |
| 23 | JORGE | CONTRERAS | 8/19/2007 | 6/6/2010 | $ 1,110.50 |
| 24 | ADA | CORNEJO | 6/8/2008 | 7/20/2008 | $ 32.15 |
| 25 | ROXANA | CORNEJO | 4/13/2008 | 6/21/2009 | $ 134.20 |
| 26 | BARBARA | COTA | 8/5/2007 | 9/30/2007 | $ 117.30 |
| 27 | JESUS | CRUZ | 8/5/2007 | 6/20/2010 | $ 3,668.57 |
| 28 | VICTOR | CRUZ | 8/5/2007 | 5/9/2010 | $ 4,210.30 |

| # | First Name | Last Name | Date 1 | Date 2 | Amount |
|---|---|---|---|---|---|
| 1 | FRANKLYN | CUBIAS | 2/19/2009 | 7/19/2009 | $ 68.52 |
| 2 | LUIS | DE ARCOS | 9/30/2007 | 12/21/2008 | $ 7,030.56 |
| 3 | MATIAS | DENES | 10/28/2007 | 9/27/2009 | $ 3,424.09 |
| 4 | DONEMIC | DEVITO | 8/5/2007 | 2/17/2008 | $ 2,402.87 |
| 5 | JOSE | DIAZ | 8/5/2007 | 8/1/2010 | $ 8,007.69 |
| 6 | REFUJIO | DIAZ | 8/5/2007 | 5/27/2010 | $ 6,610.33 |
| 7 | RICARDO | DIAZ | 2/3/2008 | 2/17/2008 | $ 50.18 |
| 8 | JOSE | DIMAJO | 8/5/2007 | 8/1/2010 | $ 3,053.08 |
| 9 | ANGEL | DOMINGUEZ | 8/5/2007 | 7/19/2009 | $ 272.80 |
| 10 | JOSE | DUARTE | 8/5/2007 | 6/20/2010 | $ 3,393.64 |
| 11 | RICARDO | ESCOBEDO | 10/25/2009 | 6/20/2010 | $ 87.00 |
| 12 | JORGE | ESTRADA | 11/9/2008 | 4/25/2010 | $ 609.14 |
| 13 | JUAN | EUSEBIO | 10/27/2007 | 6/21/2009 | $ 3,124.37 |
| 14 | IGNACIO | FLORES | 8/5/2007 | 12/21/2008 | $ 5,108.30 |
| 15 | NICOLAS | FLORES | 6/22/2008 | 10/26/2008 | $ 202.81 |
| 16 | W | GALLARDO | 11/9/2008 | 1/22/2009 | $ 97.99 |
| 17 | ALBERTO | GARCIA | 8/5/2007 | 3/28/2010 | $ 3,732.06 |
| 18 | FELIPE | GARCIA | 9/30/2007 | 9/13/2009 | $ 3,755.14 |
| 19 | LEONARDO | GARCIA | 8/5/2007 | 6/20/2010 | $ 1,203.07 |
| 20 | LUCERO | GARCIA | 8/5/2007 | 6/20/2010 | $ 2,610.57 |
| 21 | SALVADOR | GARCIA | 6/25/2009 | 12/24/2009 | $ 242.81 |
| 22 | JUAN CARLOS | GARIBAY | 8/5/2007 | 7/23/2009 | $ 3,759.61 |
| 23 | DEMETRIOS | GIOKAS | 10/26/2008 | 12/21/2008 | $ 449.22 |
| 24 | ANA | GOMEZ | 9/2/2007 | 5/10/2009 | $ 256.21 |
| 25 | ARMANDO | GOMEZ | 6/22/2008 | 9/28/2008 | $ 34.73 |
| 26 | CHRISTAL | GOMEZ | 8/17/2008 | 12/7/2008 | $ 165.68 |
| 27 | JHONNATAN | GOMEZ | 8/5/2007 | 6/20/2010 | $ 3,189.86 |
| 28 | LUIS | GOMEZ | 8/5/2007 | 10/28/2007 | $ 129.17 |

| # | First Name | Last Name | Date 1 | Date 2 | Amount |
|---|---|---|---|---|---|
| 1 | EFREN | GONZALEZ | 8/5/2007 | 7/9/2009 | $ 338.70 |
| 2 | OSCAR | GONZALEZ | 2/19/2009 | 9/3/2009 | $ 191.57 |
| 3 | RAUL | GONZALEZ | 8/5/2007 | 5/27/2010 | $ 5,798.96 |
| 4 | RENE | GONZALEZ | 8/5/2007 | 12/21/2008 | $ 2,281.59 |
| 5 | SALVADOR | GONZALEZ | 8/5/2007 | 9/16/2007 | $ 99.64 |
| 6 | TOM | GONZALEZ | 8/5/2007 | 5/10/2009 | $ 911.89 |
| 7 | VICENTE | GONZALEZ | 8/5/2007 | 8/1/2010 | $ 3,072.52 |
| 8 | CHRISTOPHER | GOSMAN | 5/11/2008 | 12/21/2008 | $ 84.76 |
| 9 | GABINO SILVA | GUTIERREZ | 8/5/2007 | 5/27/2010 | $ 3,412.40 |
| 10 | MILTON | GUTIERREZ | 3/19/2009 | 5/28/2009 | $ 33.43 |
| 11 | EMMANUEL | GUZMAN | 4/13/2008 | 7/5/2009 | $ 238.52 |
| 12 | MARK, A | HARDY | 2/17/2008 | 6/6/2010 | $ 487.00 |
| 13 | ARACELI | HERNANDEZ | 2/3/2008 | 5/23/2010 | $ 3,653.40 |
| 14 | FEDERICO | HERNANDEZ | 8/5/2007 | 3/16/2008 | $ 453.75 |
| 15 | FERNANDO | HERNANDEZ | 8/5/2007 | 12/21/2008 | $ 3,787.24 |
| 16 | JUAN | HERNANDEZ | 10/28/2007 | 2/17/2008 | $ 1,359.90 |
| 17 | SANTIAGO | HERNANDEZ | 8/5/2007 | 7/4/2010 | $ 2,975.95 |
| 18 | HUGO | HERRERA | 8/19/2007 | 5/27/2010 | $ 239.61 |
| 19 | MIGUEL | HERRERA | 5/23/2010 | 8/1/2010 | $ 67.30 |
| 20 | JULIO | HUERTA | 12/23/2007 | 12/21/2008 | $ 748.71 |
| 21 | MARCOS | HUERTA | 8/5/2007 | 7/5/2009 | $ 286.74 |
| 22 | NICHOLAS | JACQUES | 8/5/2007 | 12/20/2009 | $ 1,071.81 |
| 23 | RAFAEL | JIMENEZ | 8/5/2007 | 11/11/2007 | $ 97.54 |
| 24 | SEYED SIAMAK | KASHANCHI | 4/13/2008 | 3/29/2009 | $ 1,744.83 |
| 25 | LOIS | KELLY | 10/14/2007 | 11/11/2007 | $ 84.26 |
| 26 | SHEAN | KENNEDY | 10/14/2007 | 11/23/2008 | $ 7,438.06 |
| 27 | KRAIG | KISTLER | 3/2/2008 | 12/21/2008 | $ 90.56 |
| 28 | ADRIANA | LARA | 9/27/2009 | 9/27/2009 | $ 288.67 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | GRISSEL | LARA | 8/3/2008 | 8/3/2008 | $ 367.68 |
| 2 | GRACE | LE | 5/25/2008 | 7/19/2009 | $ 275.04 |
| 3 | GERARDO | LEANA | 8/5/2007 | 12/20/2009 | $ 2,938.02 |
| 4 | LINDA | LEE | 8/5/2007 | 5/24/2009 | $ 284.41 |
| 5 | MARIANO | LOBATON | 8/5/2007 | 6/20/2010 | $ 3,947.04 |
| 6 | CARLOS ALBERTO | LOMELI ARANDA | 8/5/2007 | 4/1/2010 | $ 2,791.58 |
| 7 | LORETO | LOPEZ | 1/22/2009 | 5/28/2009 | $ 54.76 |
| 8 | MIGUEL | LOPEZ | 8/5/2007 | 6/20/2010 | $ 3,027.59 |
| 9 | OSCAR | LOPEZ | 11/25/2007 | 12/21/2008 | $ 892.08 |
| 10 | CANDIDA | LOUCEL | 8/5/2007 | 8/1/2010 | $ 3,522.79 |
| 11 | SAMSON | LOURIA | 8/5/2007 | 5/13/2010 | $ 631.40 |
| 12 | JOSE EDER | LOZA | 8/19/2007 | 9/14/2008 | $ 2,101.71 |
| 13 | JOSE ELIOT | LOZA | 9/30/2007 | 8/1/2010 | $ 2,297.90 |
| 14 | FRANK | LOZOYA | 12/23/2007 | 9/28/2008 | $ 1,617.15 |
| 15 | DANIEL | LUGO | 12/23/2007 | 4/12/2009 | $ 1,643.09 |
| 16 | JOSE JR | MADRIGAL | 5/25/2008 | 5/25/2008 | $ 21.87 |
| 17 | MARIO | MARTINEZ | 8/5/2007 | 7/5/2009 | $ 822.68 |
| 18 | MIGUEL | MARTINEZ | 8/5/2007 | 7/20/2008 | $ 556.57 |
| 19 | RITA | MARTINEZ | 8/5/2007 | 10/12/2008 | $ 738.12 |
| 20 | STEVE | MATSUMOTO | 8/5/2007 | 11/9/2008 | $ 6,283.24 |
| 21 | ERIC | MEDEL | 9/2/2007 | 8/1/2010 | $ 4,080.00 |
| 22 | JOEL | MEDOZA | 8/19/2007 | 9/30/2007 | $ 209.61 |
| 23 | CESAR | MENDOZA | 11/9/2008 | 4/11/2010 | $ 80.61 |
| 24 | VIRGILIO | MERIDA | 9/30/2007 | 2/15/2009 | $ 2,358.62 |
| 25 | EVAN | MESSENGER | 10/26/2008 | 12/21/2008 | $ 769.89 |
| 26 | MARABIN | METH | 2/19/2009 | 5/28/2009 | $ 54.17 |
| 27 | ERNEST | MIRANDA | 3/16/2008 | 7/23/2009 | $ 1,138.54 |
| 28 | ANDRES | MORALES | 9/2/2007 | 8/1/2010 | $ 4,458.41 |

| # | First Name | Last Name | Start Date | End Date | Amount |
|---|---|---|---|---|---|
| 1 | ARIAS F | MORALES | 3/2/2008 | 6/8/2008 | $ 82.32 |
| 2 | JOSEPHINA | NAREZ | 1/1/2008 | 12/31/2008 | $ 205.75 |
| 3 | EDDIE | NAVA | 2/17/2008 | 9/14/2008 | $ 175.99 |
| 4 | ERINEO | NAVA | 2/3/2008 | 9/14/2008 | $ 495.12 |
| 5 | BRENDA | NICOLS | 8/5/2007 | 10/26/2008 | $ 1,927.42 |
| 6 | HECTOR | NOYOLA | 8/5/2007 | 5/27/2010 | $ 4,694.13 |
| 7 | ARTURO | OCHOA | 4/16/2009 | 11/25/2009 | $ 61.52 |
| 8 | CARLOS | OLIMON | 1/17/2010 | 8/1/2010 | $ 35.62 |
| 9 | JORGE | OLIVAS | 8/5/2007 | 12/20/2009 | $ 2,575.29 |
| 10 | MARIA, M | OROZCO | 8/5/2007 | 6/6/2010 | $ 2,283.31 |
| 11 | JUAN | ORTIZ | 4/27/2008 | 8/1/2010 | $ 398.48 |
| 12 | SALVADOR | PACHECO | 10/28/2007 | 5/23/2010 | $ 1,282.53 |
| 13 | VICTOR | PACHECO | 5/11/2008 | 9/14/2008 | $ 440.19 |
| 14 | JONATHAN | PALOMARES | 8/5/2007 | 12/9/2007 | $ 272.41 |
| 15 | SANTIAGO | PATINO | 2/3/2008 | 5/25/2008 | $ 2,196.08 |
| 16 | FARLITO | PEREZ | 8/5/2007 | 11/11/2007 | $ 333.38 |
| 17 | FRANCISCO | PEREZ | 9/30/2007 | 8/31/2008 | $ 48.34 |
| 18 | MONICA | PEREZ | 9/30/2007 | 2/19/2009 | $ 1,192.43 |
| 19 | CARLOS JOSE | PONCE | 9/2/2007 | 12/21/2008 | $ 1,337.00 |
| 20 | RANDY | POPOCA | 1/1/2009 | 8/4/2010 | $ 20.26 |
| 21 | RICHARD | QUINTERO | 2/17/2008 | 12/7/2008 | $ 891.89 |
| 22 | ALMA | RAMIREZ | 2/15/2009 | 7/5/2009 | $ 35.62 |
| 23 | HERMOLY | RAMIREZ | 8/5/2007 | 1/4/2009 | $ 6,731.22 |
| 24 | ISRAEL | RAMIREZ | 4/16/2009 | 5/28/2009 | $ 52.19 |
| 25 | JAIME | RAMIREZ | 8/19/2007 | 7/18/2010 | $ 8,417.40 |
| 26 | JHONN | RAMIREZ | 8/5/2007 | 12/21/2008 | $ 4,137.58 |
| 27 | LEONEL | RAMIREZ | 4/25/2010 | 8/1/2010 | $ 32.77 |
| 28 | SERGIO | RAMIREZ | 8/5/2007 | 10/28/2007 | $ 334.29 |

| # | First Name | Last Name | Date 1 | Date 2 | Amount |
|---|---|---|---|---|---|
| 1 | ERICA | RANGEL | 12/9/2007 | 12/9/2007 | $ 41.39 |
| 2 | GARCILAZO JESUS | RANGEL | 8/19/2007 | 6/22/2008 | $ 1,478.83 |
| 3 | RUBEN | RANGEL | 10/28/2007 | 12/21/2008 | $ 518.43 |
| 4 | JUAN MIGUEL | REAL | 8/5/2007 | 7/4/2010 | $ 19,461.03 |
| 5 | SALVADOR | REVELES | 12/7/2008 | 6/25/2009 | $ 80.72 |
| 6 | JOSE | REY | 4/13/2008 | 6/1/2010 | $ 2,217.77 |
| 7 | VICTOR | RINCON | 7/20/2008 | 6/25/2009 | $ 186.20 |
| 8 | ALFREDO | RIOS | 8/5/2007 | 7/20/2008 | $ 2,422.47 |
| 9 | MARIO | RODRIGUEZ | 8/5/2007 | 6/25/2009 | $ 2,579.33 |
| 10 | OMAR | RODRIGUEZ | 8/5/2007 | 12/9/2007 | $ 132.48 |
| 11 | ROGELIO | RODRIGUEZ | 8/5/2007 | 1/20/2008 | $ 943.62 |
| 12 | RUBEN | RODRIGUEZ | 5/9/2010 | 7/4/2010 | $ 866.45 |
| 13 | YOVANI | RODRIGUEZ | 3/1/2009 | 8/6/2009 | $ 57.04 |
| 14 | JOSE | ROGEL | 8/19/2007 | 7/18/2010 | $19,459.14 |
| 15 | ERNESTO | ROJAS | 9/2/2007 | 4/25/2010 | $ 2,329.53 |
| 16 | ERIC | ROMANS | 2/19/2009 | 7/9/2009 | $ 236.48 |
| 17 | EVA | ROMERO | 12/21/2008 | 6/7/2009 | $ 36.00 |
| 18 | BECERRA FRANCISCO | ROSALES | 2/17/2008 | 12/7/2008 | $ 192.45 |
| 19 | MARIANELA | ROSALES | 2/3/2008 | 5/11/2008 | $ 127.50 |
| 20 | ANNETTE | ROSE | 8/5/2007 | 5/25/2008 | $ 58.26 |
| 21 | ARTURO | RUBIO | 11/9/2008 | 12/24/2009 | $ 181.55 |
| 22 | ENRIQUE | RUIZ | 3/2/2008 | 5/9/2010 | $ 2,178.23 |
| 23 | KAMRAN | SADAGHIANI | 1/1/2010 | 8/4/2010 | $ 45.58 |
| 24 | KAYVON | SADAGHIANI | 1/1/2010 | 8/4/2010 | $ 23.68 |
| 25 | JOHN | SAINZ | 11/11/2007 | 5/28/2009 | $ 2,400.91 |
| 26 | RICARDO | SALAS | 1/1/2009 | 8/1/2010 | $ 91.78 |
| 27 | ROCHELLE | SALAZAR | 8/5/2007 | 2/3/2008 | $ 77.34 |
| 28 | RAYMOND | SAN FILIPPO | 3/2/2008 | 4/16/2009 | $ 1,246.27 |

| # | First Name | Last Name | Date 1 | Date 2 | Amount |
|---|---|---|---|---|---|
| 1 | PHILIP | SANCHEZ | 1/20/2008 | 4/13/2008 | $ 45.86 |
| 2 | EDUBIJES | SANDOVAL | 2/19/2009 | 5/27/2010 | $ 101.76 |
| 3 | JOSE | SANDOVAL | 6/8/2008 | 6/22/2008 | $ 143.71 |
| 4 | DOMINGO | SANTIAGO | 5/28/2009 | 5/13/2010 | $ 108.68 |
| 5 | FELIX | SANTILLAN | 7/20/2008 | 7/20/2008 | $ 103.19 |
| 6 | TRICIA | SEAMAN | 11/11/2007 | 12/7/2008 | $ 2,129.73 |
| 7 | JOSE | SERVIN | 12/23/2008 | 2/3/2009 | $ 124.36 |
| 8 | BONNIE | SHEGOG | 8/5/2007 | 12/21/2008 | $ 190.31 |
| 9 | JUAN CARLOS | SILVA | 8/5/2007 | 6/24/2010 | $ 4,358.78 |
| 10 | SAUL | SOLARES | 8/5/2007 | 6/25/2009 | $ 122.79 |
| 11 | JOSE | SORIANO | 8/5/2007 | 5/27/2010 | $ 4,321.40 |
| 12 | ENIKO | SZARNVASI | 9/30/2007 | 9/30/2007 | $ 50.49 |
| 13 | LORENZO | TERAN | 8/5/2007 | 3/2/2008 | $ 195.58 |
| 14 | ROCCIO | TERAN | 10/14/2007 | 2/17/2008 | $ 39.57 |
| 15 | VO | TIEN | 8/5/2007 | 7/19/2009 | $10,070.51 |
| 16 | MARJORIE | TILLEY | 8/5/2007 | 1/22/2009 | $ 3,214.58 |
| 17 | SELINA | TORRES | 8/5/2007 | 12/21/2008 | $ 574.74 |
| 18 | SALVADOR | TOVAR | 11/25/2007 | 10/12/2008 | $ 114.90 |
| 19 | HUNG | TRAN | 3/16/2008 | 6/22/2008 | $ 287.55 |
| 20 | TOM | TRUONG | 5/11/2008 | 12/21/2008 | $ 295.66 |
| 21 | DAVID | TUCKER | 8/5/2007 | 12/9/2007 | $ 1,319.62 |
| 22 | JAMES | UZZI | 11/23/2008 | 12/20/2009 | $ 44.07 |
| 23 | KYLE | VALLE | 8/3/2008 | 9/28/2008 | $ 218.54 |
| 24 | SALVADOR | VAZQUEZ | 8/5/2007 | 11/25/2007 | $ 1,193.65 |
| 25 | MALDONADO G | VEGA | 7/6/2008 | 8/17/2008 | $ 89.55 |
| 26 | SERGIO | VEGA | 11/11/2007 | 9/14/2008 | $ 2,579.65 |
| 27 | JOSE MANUEL | VELASQUEZ | 8/5/2007 | 6/10/2010 | $ 800.05 |
| 28 | MARCOS | VELENZUELA | 2/3/2008 | 9/14/2008 | $ 1,113.86 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | JOSE | VIZCARRA | 5/9/2010 | 6/6/2010 | $ 20.40 |
| 2 | JOHN | YACKLE | 8/5/2007 | 12/23/2007 | $ 754.18 |
| 3 | JESSICA | YOGUEZ | 4/12/2009 | 6/7/2009 | $ 37.85 |